**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** *ex rel.* **TRIPPE,** | **CASE NO. 2:16-cv-67** |
| **Plaintiff/Relator,** | **FILED UNDER SEAL** |
| v. | **JUDGE MARBLEY** |
| **OHIOHEALTH CORPORATION,** *et al.,* | **MAGISTRATE JUDGE VASCURA** |
| **Defendants.** | |

## ORDER

The United States, having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), the Court rules as follows:

IT IS ORDERED that:

1. The complaint and any amended complaint is unsealed and shall be served upon the defendants by the relator;

2. The seal is also lifted as to the filing of this case, this Order, and the Government's Notice of Election to Decline Intervention, which the relator will serve upon the defendants only after service of the complaint. Any other pleadings or orders entered in this case shall remain under seal and not be made public or served upon the defendants;

3. The seal shall not apply to any pleadings filed or orders entered in this action after the filing of the Government's Notice of Election to Decline Intervention, except as otherwise ordered by the Court;

4. The filing of this case and the pleadings that are either unsealed by this Order, or subsequently not filed under seal, shall appear and be made available on the Court's Case Management/Electronic Case Files System;

5. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided in 31 U.S.C. § 3730(c)(3). The United States is entitled to intervene in this action, for good cause, at any time;

6. The parties shall serve all notices of appeal upon the United States; and

7. Should the relator or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will require the parties to seek the written consent of the United States before ruling on such a request.

/s/Chelsey M. Vascura<br>
UNITED STATES MAGISTRATE JUDGE

Dated: July __2__, 2019